IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR207 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEAN LONG-WIRTH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 15) to restrict the filing of the Defendant's motion for downward departure and supporting brief (Filing Nos. 16, 17) pursuant to the E-Government Act.

IT IS ORDERED:

1. The Defendant's motion (Filing No. 15) is granted; and

2. The Defendant's motion for downward departure (Filing No. 16) and supporting brief (Filing No. 17) shall be restricted pursuant to the E-Government Act.

DATED this 11th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge